No. 96–1249.   LOUISIANA v. DIVERS.   Sup. Ct. La.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.